IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:19MJ 536 |
| ) | |
| PATRICIA E. CUDJOE, ) | |
| ) | Court Date: February 3, 2020 |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

Misdemeanor 7869561

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 2, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, PATRICIA E. CUDJOE, did unlawfully steal, purloin, or knowingly convert to her use or the use of another, property of the United States or any department or agency thereof, specifically: Four (4) cosmetic items of clothing and cosmetics, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand Dollars ($1,000).

(In violation of Title 18, United States Code, Section 641)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Email: andy.brunner-brown@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December //, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

Patricia E. Cudjoe
8647 Richmond Hwy, Suite 633
Alexandria, Virginia 22309

By: *[signature]*

Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov